USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  1/12/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

VALERIE DICKS, on behalf of herself
and all others similarly situated,

                Plaintiffs,

-against-

PHOENIX ROZE NY, INC.

                Defendant.

Case No.  1:22-cv-8030-VEC

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

**MEMO ENDORSED**

IT IS HEREBY STIPULATED AND AGREED TO by the Plaintiff and Plaintiff's attorney, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action against Defendant shall be and hereby is dismissed without prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that judgment of dismissal without prejudice may be entered in the above entitled action pursuant hereto.

Dated:    Forest Hills, New York
            January 12, 2023

Respectfully Submitted,

**/s/ Mars Khaimov**
By:    Mars Khaimov, Esq.
       108-26 64th avenue, Second Floor
       Forest Hills, New York 11375
       Tel (929) 324-0717
       Fax (929) 333-7774
       Email: mars@khaimovlaw.com
       *Attorney for Plaintiff*

---

Application GRANTED.  The Clerk of Court is respectfully directed to terminate all deadlines and to close the case.

SO ORDERED.

*[Signature: Valerie Caproni]*    1/12/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE